UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

ERIC STEPHEN BUWALA, : CASE NO. 5:18-cv-1291
:
Plaintiff, : OPINION & ORDER
: [Resolving Doc. 1]
vs. :
:
COMMISSIONER OF SOCIAL :
SECURITY ADMINISTRATION, :
:
Defendant. :

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Eric Stephen Buwala seeks judicial review of the Social Security Administration Commissioner's final decision denying his period of disability, disability insurance, and supplemental security income benefits application.[1]

On April 12, 2019, Magistrate Judge Kathleen Burke issued a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's final decision denying Plaintiff's benefits application.[2] Any objections to the R&R were due by April 24, 2019, and neither party objected.

The Federal Magistrates Act requires district courts to conduct a *de novo* review only of objected-to portions of a R&R.[3] Absent objection, district courts may adopt a R&R without review.[4]

---

[1] Doc. 1. Plaintiff and Defendant filed merits briefs. Docs. 15, 16. Plaintiff filed a reply. Doc. 17.
[2] Doc. 18.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 5:18-cv-1291
Gwin, J.

Because no party has objected to the R&R, this Court may adopt Magistrate Judge Burke's R&R without further review. Moreover, having conducted its own review of the record, the Court agrees with the R&R's conclusions.

Accordingly, the Court **ADOPTS** Magistrate Judge Burke's R&R, and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: August 5, 2019                    *s/    James S. Gwin*
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE